PROB 12C
(7/93)

Report Date:  September 10, 2015

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

9/11/15

SEAN F. McAVOY, CLERK

Name of Offender: James W. Peterschick    Case Number: 0980 2:11CR00059-RHW-1

Address of Offender:                         Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: April 19, 2012

Original Offense:    Unlawful Possession and Sale of a Stolen Firearm, 18 U.S.C. § 922(j)

Original Sentence:    Prison 33 months;         Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:    George J. C. Jacobs, III    Date Supervision Commenced: November 23, 2013

Defense Attorney:    Federal Defenders Office    Date Supervision Expires: November 22, 2016

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. |

**Supporting Evidence**: James Peterschick failed to submit a truthful and complete written report within the first 5 days of September 2015, in violation of his standard condition #2.

Mr. Peterschick reported to the U.S. Probation Office on September 4, 2015, and turned in his written monthly report. He reported an address of 1810 E. 1st Avenue, Spokane, Washington. The undersigned officer attempted to contact Mr. Peterschick at that location on September 3, 2015, with negative results.

On September 3, 2015, the undersigned officer spoke with Michael Thomas, who identified himself as Mr. Peterschick's landlord. Mr. Thomas stated that he had moved to Texas and Mr. Peterschick was no longer living at his residence. Mr. Thomas stated that Mr. Peterschick was to have vacated the premises by August 31, 2015.

The undersigned officer again attempted to make contact with Mr. Peterschick at 1810 E. 1st Avenue on September 10, 2015. Mr. Peterschick could not be located.

**Prob12C**
**Re: Peterschick, James W.**
**September 10, 2015**
**Page 2**

The Spokane Police Department reported Mr. Peterschick as possibly residing at 111 S. Pittsburg Avenue, as they had a complaint filed against Mr. Peterschick at that location. The undersigned officer attempted to contact Mr. Peterschick at that location with negative results.

As of the date of this report, Mr. Peterschick's whereabouts are unknown to the U.S. Probation Office.

2    **Standard Condition #11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**Supporting Evidence**: Mr. Peterschick was contacted by the Spokane Police Department on July 27, 2015 regarding a landlord/tenant issue. As of the date of this report, Mr. Peterschick has failed to report law enforcement contact to the U.S. Probation Office, in violation of his standard condition #11.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   9/10/2015

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

September 11, 2015

Date