PROB 12C
(7/93)

Report Date: September 16, 2015

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

9/18/15

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James W. Peterschick              Case Number: 0980 2:11CR00059-RHW-1

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: April 19, 2012

| | |
|---|---|
| Original Offense: | Unlawful Possession and Sale of a Stolen Firearm, 18 U.S.C. § 922(j) |
| Original Sentence: | Prison 33 months; TSR - 36 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III |
| Date Supervision Commenced: | November 23, 2013 |
| Defense Attorney: | Federal Defender's Office |
| Date Supervision Expires: | November 22, 2016 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/11/2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| 4 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance. |

**Supporting Evidence**: James Peterschick was arrested by the Spokane Police Department (SPD) on September 11, 2015, for operating a motor vehicle with a suspended license and for being in possession of a controlled substance, methamphetamine.

According to Spokane Police Department report number 15-319627, Mr. Peterschick was stopped by an SPD officer who recognized Mr. Peterschick as the driver and was aware that Mr. Peterschick had a suspended license and a felony warrant for his arrest.

The report indicates that Mr. Peterschick was initially uncooperative as he was reaching down below the seat line and the officer could not see his hands. Fearing that Mr. Peterschick was accessing a weapon, the officer drew his weapon and told Mr. Peterschick that he was under arrest and force would be used if necessary if he did not comply. Mr. Peterschick agreed to exit the vehicle and lie on the ground.  He was then placed under arrest

Prob12C  
**Re: Peterschick, James W.**  
**September 16, 2015**  
**Page 2**

for driving a vehicle with a suspended license, in violation of his mandatory conditions of supervised release.

While the officer was clearing Mr. Peterschick's vehicle, the officer observed a bag containing a white crystalline substance on the driver's seat. Mr. Peterschick authorized and gave consent for the officer to search his vehicle. The officer removed the bag of white substance, which field tested positive as methamphetamine. Also removed from the vehicle was a cylindrical glass tube with a bulbous end, commonly used for smoking methamphetamine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    9/16/2015

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

September 18, 2015

Date